# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2855
Lower Tribunal No. 2009-CF-013383-A-O

_____

TODD BUCHANAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Wayne C. Wooten, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone and Allison L. Morris, Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED